| | |
|---|---|
| SCOTT SHERWOOD<br><br>    Plaintiff<br><br>vs.<br><br>RANDY YALE LANDSMAN<br><br>    Defendant<br>_____/ | IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA<br><br>CASE NO.:<br><br><br><br>**ACTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT** |

    Plaintiff, SCOTT SHERWOOD, brings this Action to have the Court confirm an Arbitration Award and enter judgment against the Defendant, RANDY YALE LANDSMAN, and states:

    1.    This is an action to confirm an Arbitration Award and enter judgment against the Defendant in accordance with 9 U.S.C. §13 of the Federal Arbitration Act.

    2.    Plaintiff, SCOTT SHERWOOD, is a Citizen of the State of Florida and is *sui juris*.

    3.    Defendant, RANDY YALE LANDSMAN, is a Citizen of the State of New York.

    4.    This Court has subject matter jurisdiction under 28 U.S.C. §1332, as the amount in controversy exceeds $75,000, exclusive of costs, interest and attorney's fees, and the parties are citizens of different states.

    5.    Venue is proper in this District as the subject contract provided that "[C]ourts of competent jurisdiction in Tampa, Hillsborough County, Florida shall have jurisdiction... to enforce an arbitration award hereunder." See Contract, Section B (3).

**Factual Background**

    6.    On 8/19/21, Plaintiff initiated an Arbitration before the American Arbitration Association (AAA), with the subject Complaint, a copy of which is attached as Exhibit 1. The action involved Defendant's breach of contract regarding a Seed Capital Agreement, ("the contract") which is attached as Exhibit 1 to the complaint filed with the AAA. The contract provided "[C]ourts of competent jurisdiction in Tampa, Hillsborough County, Florida shall have jurisdiction for all equitable relief or to compel arbitration or to enforce an arbitration award hereunder." See Contract, Section B (3). The contract also provided that Florida law governed the contract and any claims or

controversies arising thereunder.  Id.

7. On 2/15/22, the AAA appointed an Arbitrator, Robert Buchner, and a copy of the Notice of Appointment is attached hereto as Exhibit 2.

8. A one-day Zoom Arbitration was conducted on 8/8/22, in which both parties testified in addition to other witnesses being called and evidence submitted.

9. On 9/2/22, the Arbitrator entered an Award in favor of Plaintiff, SCOTT SHERWOOD, in the amount of **$420,000.00**, plus the Arbitration Administration Fees in the amount of $9,400.00, pre-judgment interest from Dec. 1, 2017, costs and attorney's fees (in accordance with the subject contract).  A copy of the Award is attached as Exhibit 3.

WHEREFORE, Plaintiff, SCOTT SHERWOOD, brings this action to have the Court Confirm the Arbitration Award and enter Judgment Against the Defendant, RANDY YALE LANDSMAN, and to tax attorney's fees, interest and costs against the Defendant, and for such other relief as the Court deems just and appropriate.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **September 8, 2022**, I have filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy was emailed and mailed to **Randy Landsman** (rlandsman@beaconglobalgroup.com) 11 Vestry St., P.H., New York, NY 10013, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

**THE PIVNIK LAW FIRM**
7700 N. Kendall Drive., Suite 703
Miami, FL  33156
Ph: (305) 670-0095
Pivniklaw@aol.com
JPivnik@Pivniklaw.com

By:   **S/Jerome A. Pivnik**
      Jerome A. Pivnik, Esq.
      Fla. Bar No.:  400408